IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOHN SANCHEY,<br><br>        Petitioner,<br><br>vs.<br><br>KIRKEGARD/FOX,<br><br>        Respondents. | CV 13–107–M–DWM–JCL<br><br>ORDER |

John Sanchey is a state prisoner proceeding pro se. He petitions the Court for a writ of habeas corpus under 28 U.S.C. § 2254, alleging ineffective assistance of counsel and that he was coerced into issuing a guilty plea. Magistrate Judge Lynch recommends dismissing the petition and amended petition (Docs. 1, 3).

Sanchey has not filed objections to Judge Lynch's Findings and Recommendation, thus the Court reviews them for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

1

Finding no clear error, IT IS ORDERED that the Findings and Recommendation (Doc. 6) is ADOPTED IN FULL. John Sanchey's petition and amended petition for writ of habeas corpus (Docs. 1, 3) are DENIED.

IT IS FURTHER ORDERED that the Clerk of Court is directed to enter by separate document a judgment in favor of Respondents and against Petitioner.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

Dated this 1st day of October, 2013.

Donald W. Molloy, District Judge
United States District Court